AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND

**SUMMONS IN A CIVIL CASE**

V.

SUPERIOR INTERIOR SYSTEMS, INC., OF ROCHESTER
  a/k/a Superior Interior Systems, Inc. of Buffalo
  a/k/a Superior Int. Systems
  a/k/a Superior Interior Systems, Inc.

  and

LARRY FUENTES

CASE NUMBER   1:06CV01746

JUDGE: James Robertson

DECK TYPE: Labor/ERISA (non-employment)

DATE STAMP: 10/13/2006

TO: (Name and address of Defendant)
SUPERIOR INTERIOR SYSTEMS, INC. OF ROCHESTER
a/k/a Superior Interior Systems, Inc. of Buffalo
a/k/a Superior Int. Systems
a/k/a Superior Interior Systems, Inc.
130 Metro Park
Rochester, NY 14623

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KENT CPREK, ESQUIRE
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA 19106

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        OCT 13 2006
CLERK                              DATE

(By) DEPUTY CLERK

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT    DISTRICT OF COLUMBIA         Us District Court

Index Number: 1:06CV01746
Date Filed: _____

Plaintiff:
**INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND**
vs.
Defendant:
**SUPERIOR INTERIORS SYSTEMS, INC. OF ROCHESTER AND LARRY FUENTES**

Received by LEGAL ERRANDS INC to be served on **SUPERIOR INTERIORS SYSTEMS, INC. OF ROCHESTER, 130 METRO PARK, ROCHESTER, NY 14623**.

I, William Robinson, being duly sworn, depose and say that on the **9th day of December, 2006** at **5:00 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS AND COMPLAINT IN A CIVIL ACTION** with the date and hour of service endorsed thereon by me, to: **LARRY FUENTES** as **PRESIDENT** for **SUPERIOR INTERIORS SYSTEMS, INC. OF ROCHESTER**, at the address of: **5346 HENTY RD, AVON, NY**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served:  Age: 45,  Sex: M,  Race/Skin Color: Hispanic,  Height: 6'0,  Weight: 200,  Hair: Blk/Mst,  Glasses: N

Deponent is not a party herein, is over the age of 18 years and resides in the State of New York.

Subscribed and Sworn to before me on the 14th day of December, 2006 by the affiant who is personally known to me.

Richard Zicari
Notary Public, Monroe Count
State of New York
My Commission expires 2/27/2007

William Robinson
Process Server

**LEGAL ERRANDS INC**
1313 Race St
Philadelphia, PA  19107
(215) 751-1124

Our Job Serial Number: 2006001867

William Robinson
Notary Public, Monroe Count
State of New York
My Commission expires 4/25/2009

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9k