IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 06-1746(JR) |
| v. | ) ) | |
| SUPERIOR INTERIOR SYSTEMS INC., OF ROCHESTER<br>a/k/a Superior Interior Systems, Inc. of Buffalo<br>a/k/a Superior Int. Systems<br>a/k/a Superior Interior Systems, Inc. | ) ) ) ) ) ) | |
| and | ) ) | |
| LARRY FUENTES | ) ) | |
| Defendants. | ) | |

**MOTION TO EXTEND TIME TO FILE ANSWER**

Plaintiff, by their undersigned counsel, move for an extension of time for Defendants to file an Answer and in support thereof represent the following:

1. The Complaint in the above-captioned action was filed on October 13, 2006 and served on Defendant on December 9, 2006.

2. Responsive pleadings were due on or before December 29, 2006.

3. The parties have entered into settlement negotiations in an attempt to resolve this matter without further litigation.

4. The undersigned counsel believes that it would be in the interest of justice and conservation of judicial resources to allow the parties to settle this matter without further litigation.

177398-1

WHEREFORE, Plaintiffs pray this Honorable Court to grant an extension to January 29, 2007 for Defendant to file a responsive pleading.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

/s/ Kent Cprek
SANFORD G. ROSENTHAL
Bar No. 478737
KENT CPREK
Bar No. 478231
JENNINGS SIGMOND, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Sq.
Philadelphia, PA 19106-3683
215-351-0611/-0660

Attorneys for Plaintiff

Dated: January 4, 2007

OF COUNSEL:
ELIZABETH A. COLEMAN
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0644

177398-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SUPERIOR INTERIOR SYSTEMS INC., OF ) <br>    ROCHESTER ) <br>   a/k/a Superior Interior Systems, Inc. of Buffalo ) <br>   a/k/a Superior Int. Systems ) <br>   a/k/a Superior Interior Systems, Inc. ) <br> ) <br>      and ) <br> ) <br> LARRY FUENTES ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 06-1746(JR) |

## **ORDER**

UPON consideration of this Motion to Extend Time to File Answer, IT IS HEREBY ORDERED that:

(1) An extension to January 29, 2007 is hereby granted to Defendant to file an Answer to Plaintiff's Complaint.

(2) Defendant may not use this extension of time to file a Motion pursuant to Fed. R. Civ. P. 12(b)(2)-(5) or a Motion to Transfer Venue.

BY THE COURT:

Date:_____ By: _____
                                                                                    JAMES ROBERTSON      J.
                                                                                    United States District Judge

177398-1

## CERTIFICATE OF SERVICE

I, Kent Cprek, Esquire, state under penalty of perjury that I caused a copy of the foregoing Motion to Extend Time to File Answer to be served via First Class Mail, postage prepaid on the date and to the address below:

> Jacqueline Polito, Esquire
> Phillips Lytle LLP
> 1400 First Federal Plaza
> Rochester, New York  14614

Date:  January 4, 2007                                       /s/ Kent Cprek
                                                                             KENT CPREK

177921-1