IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED   )
TRADES INDUSTRY PENSION FUND        )
1750 New York Avenue, N.W.
Washington, DC 20006-5387

       Plaintiff,

vs.

SUPERIOR INTERIOR SYSTEMS, INC. OF   )
ROCHESTER, a/k/a SUPERIOR INTERIOR   )
SYSTEMS, INC. of BUFFALO, a/k/a SUPERIOR )
INT. SYSTEMS, a/k/a SUPERIOR INTERIOR )
SYSTEMS, INC.
130 Metro Park
Rochester, New York 14623

and

LARRY FUENTES,        )
130 Metro Park
Rochester, New York 14623

       Defendants.

**ANSWER**

Case No.: 1:06cv01746
Judge James Robertson

The defendants, SUPERIOR INTERIOR SYSTEMS, INC. OF ROCHESTER, a/k/a SUPERIOR INTERIOR SYSTEMS, INC. of BUFFALO, a/k/a SUPERIOR INT. SYSTEMS, a/k/a SUPERIOR INTERIOR SYSTEMS, INC. and LARRY FUENTES by their attorneys, Ballard Spahr Andrews & Ingersoll LLP and Phillips Lytle LLP answering the Complaint, upon information and belief, state as follows:

1. Defendants lack knowledge and information sufficient to form a belief as to the truth of allegations in paragraphs 2, 4 and 11.

2. Defendants admit the allegations in paragraphs 1 and 3.

3. Defendants deny the allegations in paragraphs 5-8, 14, 15, 17-19, 21-28, 30, 31, 33-35 and 37-39.

4. With regard to paragraphs 9, 10 and 12 defendants refer to the document referenced for its terms and otherwise deny the allegations contained therein.

5. With regard to paragraphs 13, 16, 20, 29, 32 and 36 defendants admit, deny or otherwise deny knowledge information sufficient to form a belief as previously stated herein.

6. Defendants deny each and every other allegation in the Complaint not heretofore admitted, denied or otherwise avoided.

## AS AND FOR A
## FIRST AFFIRMATIVE DEFENSE

7. The Complaint fails to state a cause of action upon which relief may be granted.

## AS AND FOR A
## SECOND AFFIRMATIVE DEFENSE

8. The plaintiff failed to comply with both statutory and contract requirements of providing notice to the defendants of any monies allegedly due and owing to the plaintiff.

## AS AND FOR A
## THIRD AFFIRMATIVE DEFENSE

9. Plaintiff has unclean hands.

## AS AND FOR A
## FOURTH AFFIRMATIVE DEFENSE

10.     Some or all of the claims are barred by the applicable statute of limitations.

## AS AND FOR A
## FIFTH AFFIRMATIVE DEFENSE

11.     The Court lacks jurisdiction over some or all of the claims.

## AS AND FOR A
## FIRST COUNTERCLAIM

12.     The action has no merit and was filed prematurely. As a result, it should be dismissed and defendants should be entitled to recover attorney fees and costs associated with responding to the complaint.

## AS AND FOR A
## SECOND COUNTERCLAIM

13.     Defendants never received notice of any default under the terms of the settlement agreement. As such, the action should not have been filed and may constitute an abuse of process.

## DEMAND FOR JURY TRIAL

14.     Defendants hereby demand a Jury Trial for all claims herein.

## RESERVATION OF RIGHTS

15.     Defendants reserve the right to assert any additional defenses which may become known during the course of the proceedings in this matter.

**WHEREFORE**, defendants demand judgment:

    a)     dismissing the Complaint;

  b)  granting relief on their Counter-Claims;

  c)  granting costs, disbursements, and attorney's fees of this action; and

  d)  granting such other relief as is just and proper.

Dated: February 7, 2007
    Rochester, New York

              By: /s/Jeffrey Larrocca
                  Jeffrey Larroca, Esq.
                  Ballard Spahr Andrews & Ingersoll, LLP
                  601 13th Street, NW, Suite 1000
                  Washington, DC 20005
                  Bar No.: 453718
                  Jacqueline Phipps Polito, Esq.
                  Phillips Lytle LLP
                  *Attorneys for Defendant*
                  1400 First Federal Plaza
                  Rochester, New York 14614
                  Telephone: 585-238-2000
                  Email: Larroca@ballardspahr.com
                  Email: jpolito@phillipslytle.com

To: Sanford G. Rosenthal, Esq.
   Elizabeth A. Coleman, Esq.
   Jennings Sigmond, P.C.
   *Attorneys for Plaintiff*
   Office and Post Office Address
   The Penn Mutual Towers, 16th Floor
   510 Walnut Street, Independence Square
   Philadelphia, PA 19106-3683
   Telephone: 215-351-0611/0660

Doc # 02-123431.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED   )
TRADES INDUSTRY PENSION FUND        )
1750 New York Avenue, N.W.
Washington, DC 20006-5387

                  Plaintiff,

vs.

SUPERIOR INTERIOR SYSTEMS, INC. OF       )          Case No.: 1:06cv01746
ROCHESTER, a/k/a SUPERIOR INTERIOR       )          Judge James Robertson
SYSTEMS, INC. of BUFFALO, a/k/a SUPERIOR )
INT. SYSTEMS, a/k/a SUPERIOR INTERIOR    )
SYSTEMS, INC.
130 Metro Park
Rochester, New York 14623

and

LARRY FUENTES,              )
130 Metro Park
Rochester, New York 14623

                  Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2007, I caused to be electronically filed the foregoing Answer with the Clerk of the District Court, District of Columbia using the CM/ECF system, which sent notification of such filing to the following:

       1.    Sanford G. Rosenthal, Esq.
              srosenthal@jslex.com
              Attorneys for Plaintiff

and served via First Class Mail:

    1.    Sanford G. Rosenthal, Esq.
Jennings Sigmond, P.C.
*Attorneys for Plaintiff*
Office and Post Office Address
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
Telephone: 215-351-0611/0660

    By: /s/ Jeffrey Larroca
Jeffrey Larroca, Esq.
Ballard Spahr Andrews & Ingersoll LLP
601 13th Street, NW, Suite 1000
Washington, DC 20005
Bar No.: 453718
Jacqueline Phipps Polito, Esq.
*Attorneys for Defendants*
1400 First Federal Plaza
Rochester, New York 14614
Telephone: (585) 238-2000
Email: Larroca@ballardspahr.com
Email: jpolito@phillipslytle.com

ROCHDoc # 02-123535.1