**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 06-1746(JR) |
| v. | ) ) | |
| SUPERIOR INTERIOR SYSTEMS INC., OF ROCHESTER a/k/a Superior Interior Systems, Inc. of Buffalo a/k/a Superior Int. Systems a/k/a Superior Interior Systems, Inc. | ) ) ) ) ) ) | |
| and | ) ) | |
| LARRY FUENTES | ) ) | |
| Defendants. | ) | |

**PLAINTIFF/COUNTERCLAIM DEFENDANT'S
ANSWER TO DEFENDANTS' COUNTERCLAIM**

Plaintiff/Counterclaim Defendant, International Painters and Allied Trades Industry Pension Fund ("Plaintiff/Counterclaim Defendant") by and through undersigned counsel, hereby answer the counterclaims of Defendants, Superior Interior Systems Inc., of Rochester a/k/a Superior Interior Systems, Inc. of Buffalo a/k/a Superior Int. Systems a/k/a Superior Interior Systems, Inc. ("Company") and Larry Fuentes ("Individual Defendant" and together with Company "Defendants/Counterclaim Plaintiffs") in the above-captioned matter as follows:

**COUNTERCLAIMS**

1.    Denied as a conclusion of law to which no response is required.  To the extent that a response is required, it is denied.

2.    The first sentence is admitted only to the extent that the Settlement Agreement required a notice of default in this case.  As to the remaining allegations, they are denied as a

conclusion of law to which no response is required.  To the extent that a response is required,

they are denied.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

/s/  Kent Cprek_____
SANFORD G. ROSENTHAL
Bar No. 478737
KENT CPREK
Bar No. 478231
JENNINGS SIGMOND, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Sq.
Philadelphia, PA 19106-3683
215-351-0611/-0660

Attorneys for Plaintiff

Dated: February 14, 2007

OF COUNSEL:
ELIZABETH A. COLEMAN
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0644

179842-1

## <u>CERTIFICATE OF SERVICE</u>

I, Kent Cprek, Esquire, state under penalty of perjury that I caused a copy of the

foregoing Motion to Extend Time to File Answer to be served via First Class Mail, postage

prepaid on the date and to the address below:

Jacqueline Polito, Esquire
Phillips Lytle LLP
1400 First Federal Plaza
Rochester, New York  14614

And

Jeffrey Larroca, Esquire
Ballard Spahr Andrews & ingersoll, LLP
601 13th Street, NW, Suite 1000
Washington, DC  20005

Date:  February 14, 2007                          /s/ Kent Cprek_____
                                                              KENT CPREK

179842-1