CO-386-online
10/03

# United States District Court
# For the District of Columbia

International Painters and Allied )
Trades Industry Pension Fund, )
)
)
              Plaintiff )   Civil Action No. __1:06-CV-01746 (JR)__
  vs )
)
Superior Interior Systems, Inc. of )
Rochester, et al., )
)
             Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Superior Interior Systems, Inc.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Superior Interior Systems, Inc.__ which have any outstanding securities in the hands of the public:

**NONE**

These representations are made in order that judges of this court may determine the need for recusal.

                                                                Attorney of Record

                                                                _[signature]_
                                                                Signature

__453718__                                            __Jeffrey W. Larroca__
BAR IDENTIFICATION NO.                Print Name

                                                  __601 13th Street, N.W., Suite 1000 South__
                                                  Address

                                                  __Washington, D.C.__       __20005-3807__
                                                  City               State          Zip Code

                                                  __(202) 661-2213__
                                                  Phone Number