AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

International Painters and Allied Trades  
Industry Pension Fund, )  
        Plaintiff(s) )     **APPEARANCE**  
         )  
         )  
       vs. )   CASE NUMBER   1:06-CV-01746 (JR)  
Superior Interior Systems, Inc. of )  
Rochester, et al., )  
        Defendant(s) )  

To the Clerk of this court and all parties of record:

Please enter the appearance of __Charles W. Chotvacs__ as counsel in this  
                   (Attorney's Name)

case for: __Superior Interior Systems, Inc. of Rochester and Larry Fuentes__  
                (Name of party or parties)

March 13, 2007  
Date  

_(Signature)_  
Signature  

484155  
BAR IDENTIFICATION  

Charles W. Chotvacs  
Print Name  

601 13th Street, N.W., Suite 1000 South  
Address  

Washington, D.C.    20005-3807  
City     State     Zip Code  

(202) 661-2221  
Phone Number