IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) | | |
| TRADES INDUSTRY PENSION FUND ) | | |
| ) | | |
| Plaintiff, ) | CIVIL ACTION NO. 06-1746(JR) | |
| v. ) | | |
| ) | | |
| SUPERIOR INTERIOR SYSTEMS INC., OF ) | | |
| ROCHESTER ) | | |
| a/k/a Superior Interior Systems, Inc. of Buffalo ) | | |
| a/k/a Superior Int. Systems ) | | |
| a/k/a Superior Interior Systems, Inc. ) | | |
| ) | | |
| and ) | | |
| ) | | |
| LARRY FUENTES ) | | |
| ) | | |
| Defendants. ) | | |

## WITHDRAWL OF APPEARANCE

Kindly withdraw my appearance for the Plaintiff in the above-captioned matter.

JENNINGS SIGMOND, P.C.


Dated: March 14, 2007          BY:  s/ Kent Cprek
                                KENT CPREK
                                   (D.C. Bar No. 478231)
                                The Penn Mutual Towers, 16th Floor
                                510 Walnut Street, Independence Square
                                Philadelphia, PA 19106-3683
                                (215) 351-0615
                                Attorney for the Fund


180843-1



## CERTIFICATE OF SERVICE

I, Kent Cprek, Esquire, state under penalty of perjury that I caused a copy of the foregoing Withdrawal of Appearance to be served electronically via the CM/ECF System and/or first class mail, postage prepaid on the date and to the address below:

Jeffrey Larroca, Esq.
Ballard Spahr Andrews & Ingersoll LLP
601 13th Street, NW, Suite 1000
Washington, DC  20005

Jacqueline Phipps Polito, Esq.
Phillips Lytle LLP
1400 First Federal Plaza
Rochester, New York 14614

    /s/ Kent Cprek
    KENT CPREK, ESQUIRE

DATE: March 14, 2007

180854-1