# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED | ) | |
| TRADES INDUSTRY PENSION FUND | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 06-1746(JR) |
| v. | ) | |
| | ) | |
| SUPERIOR INTERIOR SYSTEMS INC., OF | ) | |
| ROCHESTER | ) | |
| a/k/a Superior Interior Systems, Inc. of Buffalo | ) | |
| a/k/a Superior Int. Systems | ) | |
| a/k/a Superior Interior Systems, Inc. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| LARRY FUENTES | ) | |
| | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

TO THE CLERK:

Please enter the appearance of Sanford G. Rosenthal, Esquire on behalf of the International Painters and Allied Trades Industry Pension Fund in the above-referenced matter.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY: /s/ Sanford_G._Rosenthal
SANFORD G. ROSENTHAL, ESQUIRE
(I.D. NO. 478737)
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0611
Attorney for Plaintiff

Date: March 14, 2007

180854-1

Case 1:06-cv-01746-JR    Document 12    Filed 03/14/2007    Page 2 of 2



## CERTIFICATE OF SERVICE

I, Sanford G. Rosenthal, Esquire, state under penalty of perjury that I caused a copy of the foregoing Entry of Appearance to be served electronically via the CM/ECF System and/or first class mail, postage prepaid on the date and to the address below:

Jeffrey Larroca, Esq.
Ballard Spahr Andrews & Ingersoll LLP
601 13th Street, NW, Suite 1000
Washington, DC  20005

Jacqueline Phipps Polito, Esq.
Phillips Lytle LLP
1400 First Federal Plaza
Rochester, New York 14614

/s/ Sanford Rosenthal
SANFORD ROSENTHAL

DATE: March 14, 2007

180854-1