IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND<br><br>Plaintiff,<br>v.<br><br>SUPERIOR INTERIOR SYSTEMS INC., OF ROCHESTER<br>  a/k/a Superior Interior Systems, Inc. of Buffalo<br>  a/k/a Superior Int. Systems<br>  a/k/a Superior Interior Systems, Inc.<br><br>and<br><br>LARRY FUENTES<br><br>Defendants. | CIVIL ACTION NO. 06-1746(JR) |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Sanford Rosenthal, currently being an active member in good standing of the Bar of this Court and acting as counsel on behalf of Plaintiff in the above-captioned action, respectfully applies to this Court for permission for Elizabeth A. Coleman to appear *pro hac vice* and participate in the above-captioned action, including court proceedings, on behalf of Plaintiff. In support thereof, the undersigned states as follows:

1. Elizabeth A. Coleman is an associate with the law firm of Jennings Sigmond whose offices are located at The Penn Mutual Towers, 16th Floor, 510 Walnut Street, Philadelphia, PA 19106-3683, which represents Plaintiff in this case.

2. Elizabeth A. Coleman graduated from the Villanova University School of Law in 2005. She is a member in good standing and admitted to practice in Pennsylvania, New Jersey and before the United States District Court for the Eastern District of Pennsylvania. Ms. Coleman is not currently suspended or disbarred in any court.

180847-1

3. Ms. Coleman's practice is devoted entirely to the representation of multiemployer funds such as the Plaintiff Fund.

4. Sanford Rosenthal, a member of Jennings Sigmond has entered his appearance as local counsel for Plaintiff.

WHEREFORE, Sanford Rosenthal requests that this Court grant leave for Elizabeth A. Coleman to appear *pro hac vice* during these proceedings.

Respectfully submitted,

JENNINGS SIGMOND

BY: /s Sanford Rosenthal
SANFORD ROSENTHAL
D.C. Bar No. 478737
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0611

Counsel for Plaintiff

Dated: March 14, 2007

180847-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 06-1746(JR) |
| v. | ) ) | |
| SUPERIOR INTERIOR SYSTEMS INC., OF ROCHESTER<br>a/k/a Superior Interior Systems, Inc. of Buffalo<br>a/k/a Superior Int. Systems<br>a/k/a Superior Interior Systems, Inc. | ) ) ) ) ) ) | |
| and | ) ) | |
| LARRY FUENTES | ) ) | |
| Defendants. | ) | |

**DECLARATION OF ELIZABETH A. COLEMAN**

Elizabeth A. Coleman states as follows:

1.   My name is Elizabeth A. Coleman. I am an associate of the law firm of Jennings Sigmond, located at The Penn Mutual Towers, 16th Floor, 510 Walnut Street, Philadelphia, PA 19106-3683.

2.   I am an attorney duly licensed to practice law in the Commonwealth of Pennsylvania and State of New Jersey and have been admitted to practice law before the Supreme Courts of the Commonwealth of Pennsylvania and State of New Jersey and the United States District Court for the Eastern District of Pennsylvania.

3.   I am a member in good standing of the bars of both the Commonwealth of Pennsylvania and the State of New Jersey.

180847-1

4. I have been retained as counsel for the Plaintiff in this matter.

5. I have familiarized myself with the United States District Court for the District of Columbia Local Rules of Civil Procedure.

6. I hereby seek admission in this Court *pro hac vice* to represent Plaintiff.

> I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief

Dated: March 14, 2007        /s/ Elizabeth A. Coleman
                             ELIZABETH A. COLEMAN

180847-1

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion for Leave to Appear *Pro Hac Vice* and proposed Order were transmitted electronically via the ECF System and/or via first class mail, postage prepaid on the date set forth below to:

Jeffrey Larroca, Esq.
Ballanrd Spahr Andrews & Ingersoll LLP
601 13th Street, NW, Suite 1000
Washington, DC  20005

Jacqueline Phipps Polito, Esq.
Phillips Lytle LLP
1400 First Federal Plaza
Rochester, New York 14614

                        /s/ Sanford Rosenthal
                        SANFORD ROSENTHAL

DATE: March 14, 2007

180847-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 06-1746(JR) |
| v. | ) ) | |
| SUPERIOR INTERIOR SYSTEMS INC., OF ROCHESTER  a/k/a Superior Interior Systems, Inc. of Buffalo  a/k/a Superior Int. Systems  a/k/a Superior Interior Systems, Inc. | ) ) ) ) ) ) | |
| and | ) ) | |
| LARRY FUENTES | ) ) ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of this Motion For Leave to Appear Pro Hac Vice, it is this

_____ day of March, 2007:

ORDERED that Elizabeth A. Coleman may appear *pro hac vice* during the proceedings in the above-styled action.

BY THE COURT

Date:_____

_____
James Robinson,            J.
United States District Court Judge

180847-1

Copies of this Order shall be sent to:

Elizabeth A. Coleman, Esquire
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA  29206-3683

Jeffrey Larroca, Esq.
Ballanrd Spahr Andrews & Ingersoll LLP
601 13th Street, NW, Suite 1000
Washington, DC  20005

Jacqueline Phipps Polito, Esq.
Phillips Lytle LLP
1400 First Federal Plaza
Rochester, New York 14614

180847-1