IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 06-1746(JR) |
| v. | ) ) | |
| SUPERIOR INTERIOR SYSTEMS INC., OF ROCHESTER  a/k/a Superior Interior Systems, Inc. of Buffalo  a/k/a Superior Int. Systems  a/k/a Superior Interior Systems, Inc. | ) ) ) ) ) ) | |
| and | ) ) | |
| LARRY FUENTES | ) ) | |
| Defendants. | ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO APPEAR FOR THE SCHEDULING CONFERENCE VIA TELECONFERENCE

The Plaintiff, by undersigned counsel, requests that this Court grant Plaintiff leave to appear for the Scheduling Conference, set for March 26, 2007, at 4:30 p.m. via teleconference. In support of this Motion, Plaintiff states the following:

1. Plaintiff's counsel is located in Philadelphia, PA.

2. It would be very costly for Plaintiff's counsel to travel to Washington, D.C. to participate in the Scheduling Conference.

3. In an effort to conserve time and money, the Plaintiff seeks to conduct the Scheduling Conference via teleconference.

4. Defendant has no objection to the Plaintiff's request to appear via teleconference.

180852-1

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff leave to participate in the Initial Scheduling Conference, set for March 26, 2007, at 4:30 p.m. via teleconference.

Respectfully submitted,

By: /s/ Sanford Rosenthal
    SANFORD ROSENTHAL
    (D.C. Bar No. 478737)
    JENNINGS SIGMOND, P.C.
    510 Walnut Street, Suite 1600
    Philadelphia, PA 19106

ATTORNEY FOR PLAINTIFF

Dated:   March 16, 2007

OF COUNSEL:

ELIZABETH A. COLEMAN
JENNINGS SIGMOND, P.C.
510 Walnut Street, Suite 1600
Philadelphia, PA 19106
Telephone: (215) 351-0664
Facsimile: (215) 922-3524

180852-1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Leave to Appear for the Scheduling Conference Via Teleconference and proposed Order were transmitted electronically via the ECF System and/or via first class mail, postage prepaid on the date set forth below to:

Jeffrey Larroca, Esq.
Ballard Spahr Andrews & Ingersoll LLP
601 13th Street, NW, Suite 1000
Washington, DC 20005

Charles Chotvacs, Esq.
Ballard Spahr Andrews & Ingersoll LLP
601 13th Street, NW, Suite 1000 South
Washington, DC 20005

Jacqueline Phipps Polito, Esq.
Phillips Lytle LLP
1400 First Federal Plaza
Rochester, New York 14614

/s/ Sanford Rosenthal
SANFORD ROSENTHAL

DATE: March 16, 2007

180852-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED ) <br> TRADES INDUSTRY PENSION FUND ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> SUPERIOR INTERIOR SYSTEMS INC., OF ) <br> ROCHESTER ) <br> a/k/a Superior Interior Systems, Inc. of Buffalo ) <br> a/k/a Superior Int. Systems ) <br> a/k/a Superior Interior Systems, Inc. ) <br> ) <br> and ) <br> ) <br> LARRY FUENTES ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. 06-1746(JR) |

## **ORDER**

This matter comes before the Court on the Plaintiff's uncontested Motion for Leave to Appear for the Scheduling Conference, set for March 26, 2007, at 4:30 p.m., via teleconference. Upon consideration of the facts set forth in Plaintiff's request, it is hereby

**ORDERED** that Plaintiff may appear for the Scheduling Conference, set for March 26, 2007, at 4:30 p.m., via teleconference; and it is

**FURTHER ORDERED** that the Parties will arrange the teleconference and advise the Judge's Courtroom Deputy Clerk of the details regarding the teleconference.

BY THE COURT

Date:_____        _____
James Robinson,                       J.
United States District Court Judge

180852-1