**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, : : : : Plaintiff, : : v. : SUPERIOR INTERIOR SYSTEMS INC., : OF ROCHESTER, *et al.*, : : Defendants. : | Civil Action No. 06-1746 (JR) |

**NOTICE TO COUNSEL**

The stipulation entered 4/25/07 [17] provides no means for the Court to learn whether or not the agreed sum of $7000 was paid by the agreed deadline of 6/25/07. Absent objection, the consent order and judgment will be entered on 7/9/07.

JAMES ROBERTSON
United States District Judge