FILED
AUG 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED )
TRADES INDUSTRY PENSION FUND )
)
                       Plaintiff, )   CIVIL ACTION NO. 06-1746(JR)
v. )
)
SUPERIOR INTERIOR SYSTEMS INC., OF )
  ROCHESTER )
  a/k/a Superior Interior Systems, Inc. of Buffalo )
  a/k/a Superior Int. Systems )
  a/k/a Superior Interior Systems, Inc. )
)
       and )
)
LARRY FUENTES )
)
                 Defendants. )

## CONSENT ORDER AND JUDGMENT

Upon consideration of the Stipulation for Consent Order and Judgment and the terms of this Consent Order submitted by the plaintiff International Painters and Allied Trades Industry Pension Fund ("Plaintiff" or "Fund") and defendants Superior Interior Systems Inc., of Rochester a/k/a Superior Interior Systems, Inc. of Buffalo a/k/a Superior Int. Systems a/k/a Superior Interior Systems, Inc. ("Company") and Larry Fuentes ("Mr. Fuentes" and together with Company, "Defendants"),

IT IS ORDERED AND ADJUDGED as follows:

1.    This Court has jurisdiction over the above-captioned action with respect to the Plaintiff's claims against the Defendants under 29 U.S.C. § 185(a) and 1132. Venue lies in the District of Columbia under 29 U.S.C. §§ 185(a) and 1132(e)(2).

2.    The Plaintiff is a collectively bargained trust fund established under 29 U.S.C. § 186(c)(5) and a multiemployer plan and employee pension benefit plan as defined in section

182313-1

3(37), (2) and (3) of the Employee Retirement Income Security Act of 1974, as amended ("ERISA"), 29 U.S.C. § 1002(37), (2) and (3). Superior Interior Systems Inc., of Rochester a/k/a Superior Interior Systems, Inc. of Buffalo a/k/a Superior Int. Systems a/k/a Superior Interior Systems, Inc. ("Company") was a New York corporation and an employer in an industry affecting commerce within the meaning of 29 U.S.C. §§152(2), (6) and (7), 1002(5), (11) and (12). Larry Fuentes ("Mr. Fuentes" and together with Company, "Defendants"), is an officer of the Company.

3. Judgment is entered in favor of the Plaintiff and against the Defendants, jointly and severally, for unpaid contributions, interest, costs, and audit fees pursuant to 29 U.S.C. §§1132(g)(2), 1145 and 26 U.S.C. §6621 in the amount of $7,000.00 which includes:

|     |     |     |
| --- | --- | --- |
| (a) | Contributions (8/02 through 7/05) | $ 3,552.89 |
| (b) | Costs | $ 202.32 |
| (c) | Interest (through 3/31/07) | $ 629.54 |
| (d) | Audit fee | $ 2,615.25 |
|     | TOTAL | $ 7,000.00 |

4. The Pension Fund may apply to this Court or to the Court in which enforcement is sought for additional interest on the unpaid contributions which shall accrue under 29 U.S.C. §1132(g)(2)(C)(i) and 26 U.S.C. §6621 from April 24, 2007, until the date they are paid.

5. The Pension Fund is entitled to reimbursement from Company of all attorneys' fees and costs it incurs to enforce this Consent Order and Judgment and may apply to this Court or to the Court in which enforcement is sought for reasonable attorneys' fees and costs. See, 29 U.S.C. §1132(g)(2) and Free v. Briody, 793 F2d. 807 (7th Cir. 1986).

6. Company has ceased operations; however, in the event that operations resume, Company, its owners, officers, agents, servants, attorneys, and all persons acting on its behalf or in conjunction with it shall be and hereby are restrained and enjoined from failing or refusing to file complete, proper and timely remittance reports with all required contributions due and owing

182313-1

to the Pension Fund for all periods for which Company is obligated to do so in accordance with the current and any future collective bargaining agreements to which Company is a party with any local union(s) affiliated with the International Painters and Allied Trades Industry.

7. The Clerk of the Court may immediately certify this Consent Order and Judgment for transfer upon the request of Plaintiff and payment of any required fee.

BY THE COURT

Date: 8/16/07

*[signature]*
James Robertson,
United States District Judge

182313-1

Copies of this Order shall be sent to:

Sanford G. Rosenthal, Esquire
Elizabeth A. Coleman, Esquire
Jennings Sigmond, P.C.
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA  29206-3683

Jeffrey W. Larroca, Esquire
Charles W. Chotvacs, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
601 13th Street, N.W.
Suite 1000 South
Washington, D.C.  20005

Jacqueline Phipps Polito, Esquire
Phillips Lytle LLP
1400 First Federal Plaza
Rochester, New York 14614

182313-1