IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED )<br>TRADES INDUSTRY PENSION FUND )<br>)<br>Plaintiff, )<br>v. )<br>)<br>SUPERIOR INTERIOR SYSTEMS INC., OF )<br>ROCHESTER )<br>  a/k/a Superior Interior Systems, Inc. of Buffalo )<br>  a/k/a Superior Int. Systems )<br>  a/k/a Superior Interior Systems, Inc. )<br>)<br>and )<br>)<br>LARRY FUENTES )<br>)<br>Defendants. ) | CIVIL ACTION NO. 06-1746(JR) |

### SATISFACTION OF JUDGMENT

NOW COMES the Plaintiff, International Painters and Allied Trades Industry Pension Fund, by and through its undersigned counsel, and notifies the Court that the Judgment entered by the Court on August 17, 2007, has been satisfied in full by the Defendants.

    Respectfully submitted,

    JENNINGS SIGMOND, P.C.

BY: /s/ Kent G. Cprek
    KENT G. CPREK
    Bar No. 478231
    The Penn Mutual Towers, 16th Floor
    510 Walnut Street, Independence Square
    Philadelphia, PA 19106-3683
    (215) 351-0615

    Attorney for the Fund

Date: January 4, 2008

192032-1